# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Norman, Jeffrey P. | United States Bankruptcy, Western District of Louisiana | 01/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2013<br>to<br>08/26/2014 |

**7. Chambers or Office Address**

300 Fannin St. Suite 4400
Shreveport, LA 71101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chapter 13 Trustee | Standing Chapter 13 Trustee, 10 W. Broad St. Suite 900, Columbus, Ohio 43215 (Ended 8/8/2014) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 01/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Chapter 13 Trustee Compensation | $145,700.00 |
| 2. 2014 | Chapter 13 Trustee Compensation | $102,666.32 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 01/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | J |
| 2. | American Express | Credit Card | J |
| 3. | Chase Bank | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 01/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Frost Bank Accounts | A | Interest | K | T | Exempt | | | | |
| 2. Tom Root Notes | E | Interest | O | T | Exempt | | | | |
| 3. Vanguard - SEP/IRA | E | Int./Div. | P1 | T | Exempt | | | | |
| 4. -Vanguard 500 Index Fund (VFIAX) | | | | | Exempt | | | | |
| 5. -Vanguard Balanced Index Fund(VBIAX) | | | | | Exempt | | | | |
| 6. -Vanguard Dividend Growth Fund (VDIGX) | | | | | Exempt | | | | |
| 7. -Vanguard Intermediate-Term Bond ((VFIDX) | | | | | Exempt | | | | |
| 8. -Vanguard Prime Money Market (VMMXX) | | | | | Exempt | | | | |
| 9. -Vanguard REIT Index (VGSLX) | | | | | Exempt | | | | |
| 10. -Vanguard Target Retirement 2030 (VTHRX) | | | | | Exempt | | | | |
| 11. -Vanguard Total International Stock Index (VTIAX) | | | | | Exempt | | | | |
| 12. -Vanguard Total Stock Index (VTSAX) | | | | | Exempt | | | | |
| 13. -Vanguard Wellsely Income Fund (VMIAX) | | | | | Exempt | | | | |
| 14. Vanguard -Variable Annuity | B | Int./Div. | M | T | Exempt | | | | |
| 15. -WA-Balanced | | | | | Exempt | | | | |
| 16. -WA-Growth | | | | | Exempt | | | | |
| 17. -WA-International | | | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 01/15/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard - Munciple Bond Account | E | Interest | P1 | T | Exempt | | | | |
| 19. -AUSTIN TX CMNTY CLLG DIST PUB FAC LES REV HAYS B/E | A | Interest | K | T | Exempt | | | | |
| 20. -BEXAR CNTY TX CTF OBILG FLOOD CTL DB B/E CPN | A | Interest | J | T | Exempt | | | | |
| 21. -BRYAN TX RFDG NPFG B/E CPN | A | Interest | K | T | Exempt | | | | |
| 22. -CA HOUSING FINANCE AGENCY REV SER E FGIC B/E AMT CPN | A | Interest | J | T | Exempt | | | | |
| 23. -CAMERON CNTY TX CTF OBLIG ASRD GTY B/E DB OID | A | Interest | K | T | Exempt | | | | |
| 24. -CITIZENS PPY INS CRP FL RFD SRSECD HIGH RICH ACCT A NPFG REVB/E CPN | A | Interest | J | T | Exempt | | | | |
| 25. -CLARK CNTY NV SCH DIST SCH SER C DB NPFG B/E PTC CPN | A | Interest | J | T | Exempt | | | | |
| 26. -CLARK CNTY NV SCH DIST SER B DB B/E PTC CPN | A | Interest | J | T | Exempt | | | | |
| 27. -CONROE TX CTF OBLIG DB AGM B/E OID | A | Interest | K | T | Exempt | | | | |
| 28. -CORPUS CHRISTI TX RFDG GENL IMPT SER B B/E OID | A | Interest | K | T | Exempt | | | | |
| 29. -CORPUS CHRISTI TX GENL IMPT ASRD GTY PTC CPN | A | Interest | K | T | Exempt | | | | |
| 30. -DALLAS TX INDPT SCH DIST B/E OID | A | Interest | J | T | Exempt | | | | |
| 31. -DENTON TX INDPT SCH DIST RFDG B/E PSF GTD CAB | A | Interest | K | T | Exempt | | | | |
| 32. -EL PASO TX AGM B/E CID | A | Interest | J | T | Exempt | | | | |
| 33. -FLORIDA ST BRD ED PKG FAC REV UNIV AGM OID | A | Interest | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 01/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -FLORIDA ST BRD ED PUB ED RFDG CAP OUTLAY SER D DB B/E CPN | A | Interest | K | T | Exempt | | | | |
| 35. -FORT BEND CNTY TX RFFDG B/E CPN | A | Interest | J | T | Exempt | | | | |
| 36. -FORT BEND TX INDPT SCH DIST SCH BLDG PSF GTD B/E CPN | A | Interest | K | T | Exempt | | | | |
| 37. -FORT BEND TX INDPT SCH DIST RFDG B/E PST GTD CPN | A | Interest | J | T | Exempt | | | | |
| 38. -GIDDINGS TX INDPT SCH DIST BLDG SER A B/E OID | A | Interest | J | T | Exempt | | | | |
| 39. -GIDDINGS TX INDPT SCH DIST BLDG SER A D/B OID | A | Interest | J | T | Exempt | | | | |
| 40. -GREENVILLE TX ELEC UTIL SYS REV RFDG B/E CPN | A | Interest | J | T | Exempt | | | | |
| 41. -HARRIS CNTY TX TOLL RD SR LIEN NPFG SER A REV B/E PTC CPN | A | Interest | K | T | Exempt | | | | |
| 42. -HARRIS CNTY TX CULTURAL ED FIN MED REV RFDG MTG BAYLOR A B/E OID | A | Interest | K | T | Exempt | | | | |
| 43. -HARRIS CNTY TX CULTURAL FIN MED REV RFDG MTG A BAYLOR B/E OID | A | Interest | J | T | Exempt | | | | |
| 44. -HARRIS CNTY TX CULT ED FACS FIN CORP REV RFDG METH HOSP SYS B B/E CPN | A | Interest | J | T | Exempt | | | | |
| 45. -HARRIS CNTY TY CULTURAL ED FAC FIN CORP REV RFDG HOSP A B/E OID | A | Interest | K | T | Exempt | | | | |
| 46. -HOUSTON TX RFDG PUB IMPT SER A B/E CPN | A | Interest | K | T | Exempt | | | | |
| 47. -HOUSTON TX APPT SYS REV SPL FACS CONTL AIRLN C OID | A | Interest | J | T | Exempt | | | | |
| 48. -HOUSTON TX CMNTY CLLG SYS REV RFDG SR LIEN STDNT FEE AGM B/E CPN | A | Interest | J | T | Exempt | | | | |
| 49. -HOUSTON TX INDPT SCH DIST RFDG SER B PSF GTD B/E CPN | A | Interest | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 01/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. -ILLINOIS DEV FIN AUTH RETIRE REV REGENCY PK B ETM ZER | A | Interest | J | T | Exempt | | | | |
| 51. -KATY TX INDPT SCH DIST SER A B/E PSF GTD CPN | A | Interest | J | T | Exempt | | | | |
| 52. -KATY TX INDPT SCH DIST RFDG SER B B/E PSF GTD CPN | A | Interest | J | T | Exempt | | | | |
| 53. -LA JOYA TX INDPT SCH DIST B/E PSF GTD OID | A | Interest | J | T | Exempt | | | | |
| 54. -LOS ANGELES CA COMMUNITY COLLEGE AGM B/E CPN | A | Interest | J | T | Exempt | | | | |
| 55. -LOS ANGELES COMMUNIT COLLEGE DISTRICT 2001 ELECTION SER C NPFG B/E CP | A | Interest | K | T | Exempt | | | | |
| 56. -LOS ANGELES CA UNI SCH DIST ELECT 2005 SER E AGM B/E CPN | A | Interest | J | T | Exempt | | | | |
| 57. -LUBBOCK TX CTF OBLIG WSTWTR SYS DB AGM B/E CPN | A | Interest | J | T | Exempt | | | | |
| 58. -MARBLE FALLS TX CTF OBLIG DB NPFG B/E CPN | A | Interest | J | T | Exempt | | | | |
| 59. -MIAMI DADE CNTY FL SOLID WST SYS REV NPFG B/E CAB | A | Interest | K | T | Exempt | | | | |
| 60. -MIAMI DADE CNTY FL PUB SVC TAX REV RFDG UMSA IMPT AGM B/E CPN | A | Interest | J | T | Exempt | | | | |
| 61. -MISSOURI CITY TX SERS A B/E OID | A | Interest | J | T | Exempt | | | | |
| 62. -MISSOURI CITY TX CTF OBLIG SER C DB B/E OID | A | Interest | J | T | Exempt | | | | |
| 63. -MONTGOMERY CNTY TX PREREF CTF OBLIG DB AGM B/E CPN | A | Interest | J | T | Exempt | | | | |
| 64. -MORAINE OH SOLID WST XXX SUBMITTED FOR ESCROW REV GM CORP AMT CPN | A | Interest | J | T | Exempt | | | | |
| 65. -MORGAN STANLEY SR NOTE CPN | A | Interest | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 01/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. -MURRIETA VY CA USD SER A NPFG B/E CAB | A | Interest | J | T | Exempt | | | | |
| 67. -NEW YORK NY PREREF SUBSER F 1 B/E PTC CPN | A | Interest | J | T | Exempt | | | | |
| 68. -NORTH TX MUN WTR DIST SYS REV NPFG MBIA RE B/E PTC CPN | A | Interest | J | T | Exempt | | | | |
| 69. -PASADENA TX INDPT SCH DIST BLDG B/E PSF GTD CPN | A | Interest | J | T | Exempt | | | | |
| 70. -PA ST PUB SCH BLDG AUTH LSE REV SCH DIST PHILDELPHIA AGM B B/E CPN | A | Interest | K | T | Exempt | | | | |
| 71. -PORT AUTHOR TX INDPT SCH DIST ASRD GTY B/E CPN | A | Interest | K | T | Exempt | | | | |
| 72. -FORT TACOMA WA REV RFDG SER A AMBAC B/E CPN | A | Interest | K | T | Exempt | | | | |
| 73. -ROCKWALL TX TAX & LTD SURPLUS CTF OBLIG DB B/E OID | A | Interest | J | T | Exempt | | | | |
| 74. -ROYAL TX INDP SCH DIST SER A B/E OID | A | Interest | K | T | Exempt | | | | |
| 75. -SAN ANTONIO TX INDPT SCH DIST RFDG B/E CPN | A | Interest | K | T | Exempt | | | | |
| 76. -SAN ANTONIO TX MUN DRAIN UTIL SYS REV NPFG B/E CPN | A | Interest | K | T | Exempt | | | | |
| 77. -SAN ANTONIO TX WTR REV RFDG SYS NPFG B/E CPN | A | Interest | J | T | Exempt | | | | |
| 78. -SAN FRANCISCO CA CMNTY CLLG DIST ELECTION 2001 SER B NPFG B/E OID | A | Interest | J | T | Exempt | | | | |
| 79. -SPRING TX INDPT SCH DIST B/E PSF GTD CPN | A | Interest | J | T | Exempt | | | | |
| 80. -TEXAS A&M UNIV REV RFDG FING SYS SER B B/E PTC CPN | A | Interest | J | T | Exempt | | | | |
| 81. -TEXAS ST UNREF BAL TRANSN COMMN MOBIL FD SER A B/E CPN | A | Interest | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 01/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. -TEXAS ST PUB FIN AUTH REV STEPHEN F. AUSTIN UNIV NPFG B/E PTC CPN | A | Interest | J | T | Exempt | | | | |
| 83. -TEXAS ST UNIV SYS REV AGM B/E CPN | A | Interest | J | T | Exempt | | | | |
| 84. -TEXAS TECH UNIV REV RFDG & IMPT FING 12TH SER B/E CPN | A | Interest | J | T | Exempt | | | | |
| 85. -TRINITY RIV AUTH TX REV RFG & IMPT TARRANT CNTY WATER PJ NPFG B/E CPN | A | Interest | J | T | Exempt | | | | |
| 86. -UNIVERSITY HOUSTON TX REV RFDG CONS AGM B/E CPN | A | Interest | J | T | Exempt | | | | |
| 87. -UNIVERSITY HOUSTON TX REV RFDG CONS AGM B/E CPN | A | Interest | J | T | Exempt | | | | |
| 88. -UNIVERSITY HOUSTON TX REV RFDG CONS SYS SER A B/E OID | A | Interest | K | T | Exempt | | | | |
| 89. -UNIVERSITY HOUSTON TX REV RFDG CONS SER A B/E CPN | A | Interest | K | T | Exempt | | | | |
| 90. -UNIVERSITY IL REV PREREF AUX FACS SYS NPFG B/E CPN | A | Interest | J | T | Exempt | | | | |
| 91. -UNIVERSITY NORTH TX REV FING SYS NPFG B/E PTC CPN | A | Interest | J | T | Exempt | | | | |
| 92. -UNIVERSITY NORTH TX REV RFDG FING SYS SER A B/E PTC CPN | A | Interest | K | T | Exempt | | | | |
| 93. -WEST HARRIS CNTY TX REGL WTR AUTH WTR SYS REV AGM B/E PTC CPN | A | Interest | J | T | Exempt | | | | |
| 94. -CAPITAL ONE BANK USA NA GLEN ALLEN VA CD FDIC SEMI CPN | A | Interest | K | T | Exempt | | | | |
| 95. Vanguard Rollover IRA | B | Int./Div. | L | T | Exempt | | | | |
| 96. -Vanguard 500 Index (VFIAX) | | | | | Exempt | | | | |
| 97. -Vanguard European Stock Index (VEUSX) | | | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 01/15/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 98.   -Vanguard Intermediate Bond Fund (VBILX) | | | | | Exempt | | | | |
| 99.   -Vanguard Prime Money Market (VMMXX) | | | | | Exempt | | | | |
| 100.  -Vanguard Total Stock Market Index (VTSAX) | | | | | Exempt | | | | |
| 101.  Vanguard Mutual Fund Account | E | Int./Div. | O | T | Exempt | | | | |
| 102.  -Vanguard Managed Payout Fund (VPGDX) | E | Int./Div. | O | T | Exempt | | | | |
| 103.  -Vanguard Prime Money Market Fund (VMMXX) Sweep Account | A | Interest | K | T | Exempt | | | | |
| 104.  -Vanguard REIT Index (VGSLX) | D | Int./Div. | M | T | Exempt | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 01/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 01/15/2015 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey P. Norman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544